

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2019

No. 04-19-00551-CR

**IN RE** Carlos **ZUNIGA**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice
                 Irene Rios, Justice

On September 18, 2019, this court issued an opinion dismissing relator's petition for writ of mandamus for want of jurisdiction. The opinion was designated "Do not publish." On September 23, 2019, relator filed a pro se motion asking this court to reconsider its designation. However, it appears relator misread our opinion because he argues the opinion should not be published. Because our September 18, 2019 opinion was designated "Do not publish," we deny relator's motion as moot.

It is so **ORDERED** on September 27, 2019.

**PER CURIAM**

ATTESTED TO: _____
                 Luz Estrada
                 Chief Deputy Clerk



---

[1] This proceeding arises from a parole panel decision by the State of Texas Board of Pardons and Paroles.